IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT FENTON, as TRUSTEE of the FENTON FAMILY TRUST | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEIL BALICK, D.D.S. | : | NO.  11-5085 |

## **ORDER**

**AND NOW**, this 2nd day of November, 2011, upon consideration of "Defendant Neil Balick D.D.S.'s Motion to Dismiss Plaintiff's Complaint" and accompanying Memorandum (Docket Nos. 5 & 6) and "Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss" (Docket No. 9),   **IT IS HEREBY ORDERED** that the Motion is **DENIED.**

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.